UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff

    -v-                              05-CV-0736-A

$10,574 UNITED STATES CURRENCY,

        Defendant

FILED
FEB 1 0 2006
CLERK, US DISTRICT COURT, WDNY

**ORDER FOR DEFAULT JUDGMENT AND FORFEITURE**

Upon the application of the plaintiff in this action pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing that all of the persons known or thought to have an interest in or claim to the defendant currency having been given due notice of these proceedings, and no response to plaintiff's motion having been filed, and after full and careful consideration of the plaintiff's motion, and all prior pleadings and proceeding in this matter, it is hereby

**ORDERED,** that a Judgment of Default be entered against the defendant currency and it is hereby

**ORDERED,** that the defendant $10,574 United States currency is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6); and it is further

**ORDERED**, that United States Marshal Service shall dispose of the defendant currency in accordance with law; and it is further

**ORDERED,** that any claims to the defendant currency are hereby forever barred.

DATED: Buffalo, New York, February /0 , 2006.

/s/ Richard J. Arcara
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT